MARTIN J. MADDEN, Appellant, v. ELIZABETH C. DOHERTY, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER E. FEISTEL, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MAE McKEEVER, as Administratrix, etc., of HUGH McKEEVER, Deceased, Appellant, for an Inquiry under Section 205 of the Surrogate's Court Act. CASSIE McKEEVER, Respondent.— Decree so far as appealed from affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE NATIONAL CITY BANK OF NEW YORK, as Substituted Trustee, and BERTHA C. M. JOHNSON, as Cotrustee, under the Last Will and Testament of GEORGE F. MARTENS, Deceased, Respondents, v. MARY A. COYLE and Others, Defendants, Impleaded with DORA DAVIS, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes to reverse and deny the motion.

THE CITY OF NEW YORK, Respondent, v. M. & C. CHAIR OPERATING COMPANY, INC., and Another, Appellants. (Consolidated Appeals.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ARNOLD L. SCHEUER and JESSE MAYER, as Copartners, etc., Appellants, v. WALTER LYON, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BEATRICE SELIGSON, an Infant, by ISAAC SELIGSON, Her Guardian ad Litem, and ISAAC SELIGSON, Appellants, v. FIREMAN'S FUND INDEMNITY COMPANY, Respondent.*— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Finch, P. J., and Townley, J., dissent and vote to reverse and deny the motion.

In the Matter of Proving the Last Will and Testament of FREDERICK W. MARTIN, Deceased, as a Will of Real and Personal Property.— Decree so far as appealed from affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [151 Misc. 94.]

EDWARD S. DAVIS, Appellant, v. ISAAC GOLDMANN COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.